# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>SHAY FISH and CHRIS FISH,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CRAIG BUTZ, *et al.,*<br><br>    Defendant(s). | Case No. 2:07-cv-0883-RLH-PAL<br><br>**O R D E R** |

   The United States of America having declined intervention, and the Court having ordered the unsealing of the complaint, the United States' Notice of Election and the Court's order regarding the same,

   IT IS HEREBY ORDERED that the Realtors, Shay Fish and Chris Fish, shall immediately initiate service of the summons and complaint upon the Defendants within the time required by the rules and laws of the United States.

   Dated: April 1, 2010.

                         _____
                         **Roger L. Hunt**
                         **Chief United States District Judge**