# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, SHAY FISH and CHRIS FISH, <br><br> Plaintiff(s), <br><br> vs. <br><br> CRAIG BUTZ, *et al.*, <br><br> Defendant(s). | 2:07-CV-00883-RLH-PAL <br><br> **O R D E R** |

Plaintiff having failed to show good cause why this action should not be dismissed with prejudice for failure to effect timely service on the defendants pursuant to FRCP 4(m),

IT IS ORDERED that the action is hereby dismissed without prejudice as to all Defendants.

Dated this 14th day of March, 2011.

_____
Roger L. Hunt
Chief United States District Judge